# Exhibit 2

U.S. Patent No. 7,924,802 ("'802 Patent")

Accused Instrumentalities: CommScope 802.11ac and 802.11ax-compliant station and access point products that support 80+80 MHz channel width, and all versions and variations thereof since the issuance of the asserted patent.

**Claim 1**

| Claim 1 | Public Documentation |
|---|---|
| [1pre] A method of transmitting information in a wireless communication channel comprising: | To the extent the preamble is found to be limiting, the Accused Instrumentalities perform a method of transmitting information in a wireless communication channel. <br><br> For example, CommScope's Accused Instrumentalities support 80+80 MHz channel width, which transmits information in a wireless communication channel. For example, at least Ruckus R750 of the Accused Instrumentalities is based on 802.11ax, which supports 80+80 MHz channel width. <br><br> *See, e.g.*: <br><br> **RUCKUS® R750** <br> Indoor Wi-Fi 6 (802.11ax) Access Point for Ultra-Dense Environments |

| Claim 1 | Public Documentation |
|---|---|
| | **WI-FI** |
| | Wi-Fi Standards: IEEE 802/11a/b/g/n/ac/ax |
| | Supported Rates: 802.11ax: 4 to 2400 Mbps; 802.11ac: 6.5 to 1732 Mbps; 802.11n: 6.5 to 600 Mbps; 802.11a/g: 6 to 54 Mbps; 802.11b: 1 to 11 Mbps |
| | Supported Channels: 2.4GHz: 1-13; 5GHz: 36-64, 100-144, 149-165 |
| | MIMO: 4x4 SU-MIMO; 4x4 MU-MIMO |
| | Spatial Streams: 4 for both SU-MIMO & MU-MIMO |
| | Radio Chains and Streams: 4x4:4 |
| | Channelization: 20, 40, 80, 160/80+80MHz |
| | Security: WPA-PSK, WPA-TKIP, WPA2 AES, WPA3, 802.11i, Dynamic PSK, OWE; WIPS/WIDS |
| | Other Wi-Fi Features: WMM, Power Save, Tx Beamforming, LDPC, STBC, 802.11r/k/v; Hotspot; Hotspot 2.0; Captive Portal; WISPr |

(https://www.commscope.com/globalassets/digizuite/61778-ds-ruckus-r750.pdf (accessed 9/27/23)).

Very high throughput (VHT) stations and access points have the 80+80 MHz channel capability and is made up of two 80MHz RF transmission frequency ranges. It is capable of high-throughput (HT) (for example, 802.11n) features, and operates in 5GHz bands. A single physical layer protocol data unit (PPDU) is used for both 80+80 MHz RF frequency ranges.

| Claim 1 | Public Documentation |
|---|---|
| | **4.3.14 Very high throughput (VHT) STA**<br><br>The IEEE 802.11 VHT STA operates in frequency bands below 6 GHz excluding the 2.4 GHz band.<br><br>A VHT STA is an HT STA that, in addition to features supported as an HT STA, supports VHT features identified in Clause 9, Clause 10, Clause 11, Clause 14, Clause 17, and Clause 21.<br><br>The main PHY features in a VHT STA that are not present in an HT STA are the following:<br>— Mandatory support for 40 MHz and 80 MHz channel widths<br>— Mandatory support for VHT single-user (SU) PPDUs<br>— Optional support for 160 MHz and 80+80 MHz channel widths<br>— Optional support for VHT sounding protocol to support beamforming<br>— Optional support for VHT multi-user (MU) PPDUs<br>— Optional support for VHT-MCSs 8 and 9<br><br>(IEEE 802.11-2016, Part 11: Wireless LAN MAC and PHY Specifications (Dec. 7, 2016) at 4.3.14).<br><br>**4.3.13 High-throughput (HT) STA**<br><br>The IEEE 802.11 HT STA provides PHY and MAC features that can support a throughput of 100 Mb/s and greater, as measured at the MAC data service access point (SAP). An HT STA supports HT features as identified in Clause 10 and Clause 19. An HT STA operating in the 5 GHz band supports transmission and reception of frames that are compliant with mandatory PHY specifications as defined in Clause 17. An HT STA operating in the 2.4 GHz band supports transmission and reception of frames that are compliant with mandatory PHY specifications as defined in Clause 16 and Clause 18. An HT STA is also a QoS STA. The HT features are available to HT STAs associated with an HT AP. A subset of the HT features is available for use between two HT STAs that are members of the same IBSS. Similarly, a subset of the HT features is available for use between two HT STAs that have established mesh peering (see 9.4.2.56 for details).<br><br>(IEEE 802.11-2016, Part 11: Wireless LAN MAC and PHY Specifications (Dec. 7, 2016) at 4.3.13). |

| Claim 1 | Public Documentation |
|---|---|
|  | **3. Definitions, acronyms, and abbreviations**<br><br>**3.1 Definitions**<br><br>**80+80 MHz mask physical layer (PHY) protocol data unit (PPDU):** A PPDU that is transmitted using the 80+80 MHz transmit spectral mask defined in Clause 21 and that is one of the following:<br>  a) An 80+80 MHz very high throughput (VHT) PPDU (TXVECTOR parameter CH_BANDWIDTH equal to CBW80+80)<br>  b) An 80+80 MHz non-high-throughput (non-HT) duplicate PPDU (TXVECTOR parameter CH_BANDWIDTH equal to CBW80+80)<br><br>(IEEE 802.11-2016, Part 11: Wireless LAN MAC and PHY Specifications (Dec. 7, 2016) at 3.1). |
| [1a] transmitting first information across a first frequency range using a wireless transmitter, the first frequency range having a first center frequency, a first highest frequency, and a first lowest frequency; and | The Accused Instrumentalities perform a method including transmitting first information across a first frequency range using a wireless transmitter, the first frequency range having a first center frequency, a first highest frequency, and a first lowest frequency.<br><br>For example, the Accused Instrumentalities transmit first information across a first frequency range, through the first 80MHz RF channel using a wireless transmitter, the first frequency range having a first center frequency, a first highest frequency, and a first lowest frequency. The values of lower and higher frequencies are defined by the spectral masks.<br><br>**21.3.17 VHT transmit specification**<br><br>**21.3.17.1 Transmit spectrum mask**<br><br>For an 80 MHz mask PPDU of non-HT, non-HT duplicate, HT or VHT format, the interim transmit spectral mask shall have a 0 dBr (dB relative to the maximum spectral density of the signal) bandwidth of 78 MHz, −20 dBr at 41 MHz frequency offset, −28 dBr at 80 MHz frequency offset, and −40 dBr at |

Page 4 of 10

| Claim 1 | Public Documentation |
|---|---|
|  | 120 MHz frequency offset and above. The interim transmit spectral mask for frequency offsets in between 39 and 41 MHz, 41 and 80 MHz, and 80 and 120 MHz shall be linearly interpolated in dB domain from the requirements for 39 MHz, 41 MHz, 80 MHz, and 120 MHz frequency offsets. The transmit spectrum shall not exceed the maximum of the interim transmit spectrum mask and −59 dBm/MHz at any frequency offset. Figure 21-31 shows an example of the resulting overall spectral mask when the −40 dBr spectrum level is above −59 dBm/MHz.<br><br>Figure 21-31—Example transmit spectral mask for 80 MHz mask PPDU<br><br>(IEEE 802.11-2016, Part 11: Wireless LAN MAC and PHY Specifications (Dec. 7, 2016) at 21.3.17.1 and Figure 21-31). |

| Claim 1 | Public Documentation |
|---|---|
|  |  Figure 21-33—Example transmit spectral mask for 80+80 MHz mask PPDU<br><br>(IEEE 802.11-2016, Part 11: Wireless LAN MAC and PHY Specifications (Dec. 7, 2016) at 21.3.17.1 and Figure 21-33).<br>). |

Page 6 of 10

| Claim 1 | Public Documentation |
|---|---|
|  | **21.3.14 Channelization**<br><br>For an 80+80 MHz channel, any two channels that would each be allowed as 80 MHz channels and whose center frequencies are separated by greater than 80 MHz (difference between dot11CurrentChannelCenterFrequencyIndex0 and dot11CurrentChannelCenterFrequencyIndex1 corresponds to a frequency difference greater than 80 MHz) may be used.<br><br>A channel specified by<br>    channel starting frequency = 5000 MHz<br>    dot11CurrentChannelWidth = 80+80 MHz<br>    dot11CurrentChannelCenterFrequencyIndex0 =155<br>    dot11CurrentChannelCenterFrequencyIndex1 = 106<br>    dot11CurrentPrimaryChannel = 161<br><br>is an 80+80 MHz channel in which frequency segment 0 has 80 MHz bandwidth and center frequency of 5775 MHz. Frequency segment 1 also has 80 MHz bandwidth and center frequency of 5530 MHz. The primary 20 MHz channel is centered at 5805 MHz.<br><br>(IEEE 802.11-2016, Part 11: Wireless LAN MAC and PHY Specifications (Dec. 7, 2016) at 21.3.14). |
| [1b] simultaneously transmitting second information across a second frequency range using the same wireless transmitter, the second frequency range having a second center frequency greater than the first center frequency, a second highest frequency, and a second lowest frequency. | The Accused Instrumentalities perform a method including simultaneously transmitting second information across a second frequency range using the same wireless transmitter, the second frequency range having a second center frequency greater than the first center frequency, a second highest frequency, and a second lowest frequency.<br><br>For example, the Accused Instrumentalities simultaneously transmit second information across a second frequency range, through the second 80MHz RF channel, using the same wireless transmitter, the second frequency range having a second center frequency greater than the first center frequency, a second highest frequency, and a second lowest frequency. The values of lower and higher frequencies are defined by the spectral masks. The same station / access point provides supports to concurrent 80+80 MHz RF channels. |

Page 7 of 10

| Claim 1 | Public Documentation |
|---|---|
| | (IEEE 802.11-2016, Part 11: Wireless LAN MAC and PHY Specifications (Dec. 7, 2016) at 21.3.17.1 and Figure 21-33). |

| Claim 1 | Public Documentation |
|---|---|
| | **4.3.14 Very high throughput (VHT) STA**<br><br>The IEEE 802.11 VHT STA operates in frequency bands below 6 GHz excluding the 2.4 GHz band.<br><br>A VHT STA is an HT STA that, in addition to features supported as an HT STA, supports VHT features identified in Clause 9, Clause 10, Clause 11, Clause 14, Clause 17, and Clause 21.<br><br>The main PHY features in a VHT STA that are not present in an HT STA are the following:<br>— Mandatory support for 40 MHz and 80 MHz channel widths<br>— Mandatory support for VHT single-user (SU) PPDUs<br>— Optional support for 160 MHz and 80+80 MHz channel widths<br>— Optional support for VHT sounding protocol to support beamforming<br>— Optional support for VHT multi-user (MU) PPDUs<br>— Optional support for VHT-MCSs 8 and 9<br><br>(IEEE 802.11-2016, Part 11: Wireless LAN MAC and PHY Specifications (Dec. 7, 2016) at ).<br><br>**21.3.14 Channelization**<br><br>For an 80+80 MHz channel, any two channels that would each be allowed as 80 MHz channels and whose center frequencies are separated by greater than 80 MHz (difference between dot11CurrentChannelCenterFrequencyIndex0 and dot11CurrentChannelCenterFrequencyIndex1 corresponds to a frequency difference greater than 80 MHz) may be used. |

Page 9 of 10

| Claim 1 | Public Documentation |
|---|---|
|  | A channel specified by<br>    channel starting frequency = 5000 MHz<br>    dot11CurrentChannelWidth = 80+80 MHz<br>    dot11CurrentChannelCenterFrequencyIndex0 =155<br>    dot11CurrentChannelCenterFrequencyIndex1 = 106<br>    dot11CurrentPrimaryChannel = 161<br><br>is an 80+80 MHz channel in which frequency segment 0 has 80 MHz bandwidth and center frequency of 5775 MHz. Frequency segment 1 also has 80 MHz bandwidth and center frequency of 5530 MHz. The primary 20 MHz channel is centered at 5805 MHz.<br><br>(IEEE 802.11-2016, Part 11: Wireless LAN MAC and PHY Specifications (Dec. 7, 2016) at 21.3.14). |