AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 2:23-00455 |
| COMMSCOPE HOLDING COMPANY, INC., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COBBLESTONE WIRELESS, LLC                                                                                      .

Date:     10/09/2023                                                             /s/ Neil A. Rubin
                                                                                             *Attorney's signature*

                                                                                  Neil A. Rubin SBN 250761
                                                                                 *Printed name and bar number*

                                                                                   RUSS, AUGUST & KABAT
                                                                               12424 Wilshire Blvd, 12th Floor
                                                                                     Los Angeles, CA 90025

                                                                                             *Address*

                                                                                     nrubin@raklaw.com
                                                                                         *E-mail address*

                                                                                        (310) 826-7474
                                                                                       *Telephone number*

                                                                                        (310) 826-6991
                                                                                           *FAX number*