AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of Texas

| COBBLESTONE WIRELESS, LLC | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:23-00455 |
| COMMSCOPE HOLDING COMPANY, INC., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

COBBLESTONE WIRELESS, LLC                                                            .

Date:    10/09/2023                                        /s/ Jacob Buczko
                                                           *Attorney's signature*

                                                           Jacob Buczko CA SBN 269405
                                                           *Printed name and bar number*

                                                           RUSS, AUGUST & KABAT
                                                           12424 Wilshire Blvd, 12th Floor
                                                           Los Angeles, CA 90025

                                                           *Address*

                                                           jbuczko@raklaw.com
                                                           *E-mail address*

                                                           (310) 826-7474
                                                           *Telephone number*

                                                           (310) 826-6991
                                                           *FAX number*