# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., ARRIS ENTERPRISES LLC, ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD.,<br><br>*Defendants*. | Case No. 2:23-cv-00455-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., ARRIS ENTERPRISES LLC, ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD TO RESPOND TO COMPLAINT**

Plaintiff Cobblestone Wireless, LLC ("Cobblestone" or "Plaintiff") respectfully moves for an extension of time for CommScope Holding Company, Inc., CommScope Inc., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc., Arris Enterprises LLC, Arris International Limited, Arris Global Ltd. (collectively "CommScope") to answer or otherwise respond to Cobblestone's Complaint. In support of this Motion, Cobblestone states as follows:

1. Cobblestone served its Complaint on CommScope Holding Company, Inc., CommScope Inc., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc., and Arris Enterprises LLC, on October 4, 2023, 2023, such that their responses are currently due on October 25, 2023. (Docket No. 8).

2. On October 23, 2023, counsel for Cobblestone and counsel for CommScope, Philip

- 2 -

  P. Caspers, agreed that in exchange for CommScope waiving service of process on Arris International Limited and Arris Global Ltd., Cobblestone shall agree to an extension for each and every named CommScope entity to answer on January 23, 2024.  CommScope has agreed to such a waiver and Cobblestone has agreed to such an extension with the approval of the Court.

3. On behalf of CommScope, Mr. Caspers has requested that Cobblestone file the present unopposed motion for extension on behalf both parties. Cobblestone so agrees to file this present unopposed motion.

4. Cobblestone and CommScope are in agreement that the response date for all CommScope defendants should be aligned, and counsel for CommScope has advised that they do not oppose this Motion.

5. Cobblestone and CommScope believe there is good cause for and an extension.

Accordingly, Cobblestone respectfully requests that CommScope Holding Company, Inc., CommScope Inc., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc., Arris Enterprises LLC, Arris International Limited, Arris Global Ltd. have until **January 23, 2024** to answer or otherwise respond to Cobblestone's Complaint.

Dated: October 24, 2023

By: */s/ Reza Mirzaie*

Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Amy E. Hayden
CA State Bar No. 287026
Jonathan Ma

- 3 -

CA State Bar No. 312773
Jacob R. Buczko
CA State Bar No. 269408
Peter Tong
TX State Bar No. 24119042
Matthew D. Aichele
VA State Bar No. 77821
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA  90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: ahayden@raklaw.com
Email: jma@raklaw.com
Email: jbuczko@raklaw.com
Email: ptong@raklaw.com
Email: maichele@raklaw.com

ATTORNEYS FOR PLAINTIFF,
COBBLESTONE WIRELESS, LLC

- 4 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 24, 2023, a copy of the foregoing was filed with the Court using CM/ECF.  On this date, copies of the foregoing have been emailed to counsel for the CommScope Defendants: Philip P. Caspers at pcaspers@carlsoncaspers.com, who has agreed to accept service by email.

*/s/ Reza Mirzaie*

- 5 -

## CERTIFICATE OF CONFERENCE

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h).  The parties are in agreement on filing the Unopposed Motion for Extension of Time.

*/s/ Reza Mirzaie*