## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

COBBLESTONE WIRELESS, LLC,

      *Plaintiff,*

      v.

COMMSCOPE HOLDING COMPANY, INC.,
COMMSCOPE INC., ARRIS US HOLDINGS,
INC., ARRIS SOLUTIONS, INC., ARRIS
TECHNOLOGY, INC., ARRIS ENTERPRISES
LLC, ARRIS INTERNATIONAL LIMITED,
ARRIS GLOBAL LTD.,

      *Defendants*.

Case No. 2:23-cv-00455-JRG-RSP

**JURY TRIAL DEMANDED**

### ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME FOR COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., ARRIS ENTERPRISES LLC, ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD TO <u>RESPOND TO COMPLAINT</u>

Before the Court is Cobblestone Wireless, LLC's ("Cobblestone" or "Plaintiff") unopposed motion for an extension of time for CommScope Holding Company, Inc., CommScope Inc., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc., Arris Enterprises LLC, Arris International Limited, Arris Global Ltd. (collectively "CommScope") to answer or otherwise respond to Cobblestone's Complaint. After careful consideration of the motion and the record in this case, Plaintiff's unopposed motion is **GRANTED**. CommScope Holding Company, Inc., CommScope Inc., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc., Arris Enterprises LLC, Arris International Limited, Arris Global Ltd. have until **January 23, 2024** to answer or otherwise respond to Cobblestone's Complaint.

- 2 -

SO ORDERED: