IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § § | |
| *Plaintiff,* | § § § | CIVIL ACTION NO. 2:23-cv-00455-JRG-RSP |
| v. | § § | |
| COMMSCOPE HOLDING COMPANY, INC. et al, | § § § § | |
| *Defendants.* | § | |

## ORDER

Before the Court is the Unopposed Motion for Extension of Time for Defendants to Respond to Complaint filed by Plaintiff Cobblestone Wireless, LLC. **Dkt. No. 14.** After consideration, and noting its unopposed nature, the Motion is **GRANTED**. It is

**ORDERED** that the deadline for Defendants CommScope Holding Company, Inc., CommScope Inc., Arris US Holdings, Inc., Arris Solutions, Inc., Arris Technology, Inc., Arris Enterprises LLC, Arris International Limited, and Arris Global Ltd. to answer or otherwise respond to Cobblestone's Complaint is January 23, 2024.

**SIGNED this 30th day of October, 2023.**

_____
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE