# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., ARRIS ENTERPRISES LLC, ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD.,<br><br>*Defendants.* | Case No. 2:23-cv-00455-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

## NOTICE OF COMPLIANCE

Plaintiff Cobblestone Wireless, LLC ("Cobblestone") hereby notifies the Court that it has served Preliminary Disclosure of Asserted Claims and Infringement Contentions on counsel for Defendants in the above captioned case via electronic mail on January 4, 2024.

Dated: January 4, 2024

Respectfully submitted,

*/s/ Reza Mirzaie*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Amy E. Hayden
CA State Bar No. 287026
Jonathan Ma
CA State Bar No. 312773
Jacob R. Buczko
CA State Bar No. 269408
Peter Tong

1

TX State Bar No. 24119042
Matthew D. Aichele
VA State Bar No. 77821
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: ahayden@raklaw.com
Email: jma@raklaw.com
Email: jbuczko@raklaw.com
Email: ptong@raklaw.com
Email: maichele@raklaw.com

**ATTORNEYS FOR PLAINTIFF
COBBLESTONE WIRELESS, LLC**

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2024, a true and correct copy of the foregoing document was served via electronic mail to all counsel of record:

>Phil Caspers
>PCaspers@carlsoncaspers.com
>William F Bullard
>WBullard@carlsoncaspers.com
>Sam A Hamer
>SHamer@carlsoncaspers.com

>>*/s/ Reza Mirzaie*
>>Reza Mirzaie