# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| **COBBLESTONE WIRELESS, LLC,**<br><br>**Plaintiff,**<br><br>v.<br><br>**COMMSCOPE HOLDING COMPANY, INC.,** et al.<br><br>**Defendants**. | Civil Action No. 2:23-cv-00455-JRG-RSP |

## NOTICE OF APPEARANCE OF COUNSEL

Defendants CommScope Holding Company, Inc., Arris Solutions, Inc., Arris Technology, Inc., Arris Enterprises LLC, Arris International Limited, Arris Global LTD., CommScope Inc., Arris US Holdings, Inc. ("Defendants"), file this Notice of Appearance, and hereby notify the Court that Brian Craft, of the law firm Findlay Craft, P.C., 7270 Crosswater Ave., Suite B, Tyler, TX 75703, Telephone (903) 534-1100, Fax (903) 534-1137, E-mail: bcraft@findlaycraft.com has entered this action as counsel for Defendants. In connection with this notice, Mr. Craft requests that all future pleadings and other papers filed under Fed. R. Civ. P. 5 be served on him at the above address and contact information.

Dated: January 15, 2024

                                                        Respectfully submitted,

                                                        By: /s/ *Brian Craft*
                                                        Brian Craft
                                                        State Bar No. 04972020
                                                        FINDLAY CRAFT, P.C.
                                                        7270 Crosswater Ave.
                                                        Suite B
                                                        Tyler, TX  75703
                                                        (903) 534-1100
                                                        (903) 534-1137 FAX
                                                        bcraft@findlaycraft.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2024, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF system which will send notification of such filing *via* electronic mail to all counsel of record.

/s/ *Brian Craft*
Brian Craft