UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., ARRIS ENTERPRISES LLC, ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD.,<br><br>*Defendants*. | Case No. 2:23-cv-00455-JRG-RSP<br><br>**JURY TRIAL DEMANDED** |

**JOINT MOTION TO EXTEND CERTAIN DEADLINES**

Plaintiff Cobblestone Wireless, LLC ("Cobblestone") and Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, ARRIS Technology, Inc., ARRIS Enterprises LLC, ARRIS International Limited, ARRIS Global Ltd. (collectively, "Defendants") jointly file this Joint Motion to Extend Certain Deadlines.

The Parties jointly stipulate to the deadline extensions shown in the table below and request the Court order that these deadlines be extended accordingly. This extension is not sought for prejudice or delay but for good cause and so that the justice may be served. Counsel for the parties are in the process of narrowing disputes regarding the Docket Control Order, Discovery Order and Protective Order so as to not unnecessarily burden the Court. The parties believe that this additional time is necessary to negotiate these documents. The extension to these deadlines does not change the date for any hearing, any final submission to the Court related to any hearing, or the trial in this matter.

1

| Event | Previous Deadline | New Deadline |
|---|---|---|
| File Proposed Docket Control Order and Proposed Discovery Order | 2/1/2024 | 2/15/2024 |
| File Proposed Protective Order and Comply with Paragraphs 1 & 3 of the Discovery Order | 2/8/2024 | 2/22/2024 |

Dated: January 31, 2024

Respectfully submitted,

*/s/ Reza Mirzaie*
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Amy E. Hayden
CA State Bar No. 287026
Jonathan Ma
CA State Bar No. 312773
Jacob R. Buczko
CA State Bar No. 269408
Peter Tong
TX State Bar No. 24119042
Matthew D. Aichele
VA State Bar No. 77821
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: ahayden@raklaw.com
Email: jma@raklaw.com
Email: jbuczko@raklaw.com
Email: ptong@raklaw.com
Email: maichele@raklaw.com

**ATTORNEYS FOR PLAINTIFF**
**COBBLESTONE WIRELESS, LLC**

By: */s/ Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Ste. B
Tyler, TX 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

***COUNSEL FOR***
***COMMSCOPE DEFENDANTS***

**CERTIFICATE OF SERVICE**

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served this 31st day of January 2024, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Reza Mirzaie*
Reza Mirzaie

**CERTIFICATE OF CONFERENCE**

The undersigned certifies that counsel complied with the requirements of Eastern District of Texas Local Rule CV-7(h). The parties are in agreement on filing this Joint Motion.

*/s/ Reza Mirzaie*
Reza Mirzaie