IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC, § <br> § <br> *Plaintiff*, § <br> § <br> v. § <br> § <br> COMMSCOPE HOLDING COMPANY, § <br> INC. et al, § <br> § <br> *Defendants*. § | CIVIL ACTION NO. 2:23-cv-00455-JRG-RSP |

## ORDER

Before the Court is the Joint Motion to Extend Certain Deadlines filed by Plaintiff Cobblestone Wireless, LLC and Defendants CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., ARRIS Solutions, ARRIS Technology, Inc., ARRIS Enterprises LLC, ARRIS International Limited, ARRIS Global Ltd. After consideration, and noting its joint nature, the Motion is **GRANTED**. It is

**ORDERED** that the deadline for the parties to file a proposed docket control order and a proposed discovery order is extended to February 15, 2024. It is

**FURTHER ORDERED** that the deadline to file proposed protective order and comply with paragraphs 1 & 3 of the discovery order is extended to February 22, 2024.

**SIGNED this 2nd day of February, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE