# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff,*<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., ARRIS ENTERPRISES LLC, ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD.,<br><br>*Defendants.* | Case No. 2:23-00455-JRG-RSP |

## **JOINT MOTION TO DISMISS WITHOUT PREJUDICE**

Plaintiff/Counterclaim-Defendant Cobblestone Wireless, LLC ("Cobblestone," "Plaintiff," or "Counterclaim-Defendant") and Defendants/Counterclaim-Plaintiffs CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., Arris Solutions, Inc., ARRIS Technology, Inc., Arris Enterprises LLC, ARRIS International Limited, and ARRIS Global Ltd. (collectively, "Commscope," "Defendants," or "Counterclaim-Plaintiffs") hereby request this Court dismiss this action, including Plaintiff's claims for relief against Defendants and Defendants' counterclaims for relief against Plaintiff, without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring the same, and subject to the following two conditions to which the parties have agreed. First, this dismissal shall not count against the two-dismissal limit under Federal Rule of Civil Procedure 41(a)(1)(B). Second, this dismissal shall be not used against Plaintiff in any jury trial by Defendants.

Dated: February 28, 2024

Respectfully submitted,

<u>/s/ Reza Mirzaie</u>
Reza Mirzaie
CA State Bar No. 246953
Marc A. Fenster
CA State Bar No. 181067
Neil A. Rubin
CA State Bar No. 250761
Christian W. Conkle
CA State Bar No. 306374
Amy E. Hayden
CA State Bar No. 287026
Jonathan Ma
CA State Bar No. 312773
Jacob R. Buczko
CA State Bar No. 269408
Peter Tong
TX State Bar No. 24119042
Matthew D. Aichele
VA State Bar No. 77821
RUSS AUGUST & KABAT
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
Telephone: 310-826-7474
Email: rmirzaie@raklaw.com
Email: mfenster@raklaw.com
Email: nrubin@raklaw.com
Email: cconkle@raklaw.com
Email: ahayden@raklaw.com
Email: jma@raklaw.com
Email: jbuczko@raklaw.com
Email: ptong@raklaw.com
Email: maichele@raklaw.com

**ATTORNEYS FOR PLAINTIFF
COBBLESTONE WIRELESS, LLC**

By: */s/ Eric H. Findlay*
Eric H. Findlay
State Bar No. 00789886
Brian Craft
State Bar No. 04972020
FINDLAY CRAFT, P.C.
7270 Crosswater Avenue, Ste. B
Tyler, TX 75703
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: bcraft@findlaycraft.com

***COUNSEL FOR COMMSCOPE
DEFENDANTS***

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a) and served via email on all counsel of record on this 28th day of February 2024.

*/s/ Reza Mirzaie*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies pursuant to Local Rule CV-7(h) that the relief requested in this motion is jointly sought.

*/s/ Reza Mirzaie*