IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § § § | |
| *Plaintiff*, | § § | CIVIL ACTION NO. 2:23-cv-00455-JRG-RSP |
| v. | § § | |
| COMMSCOPE HOLDING COMPANY, INC. et al, | § § § § | |
| *Defendants*. | § § | |

## ORDER

Before the Court is the Joint Motion to Dismiss filed by Cobblestone Wireless, LLC and CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., Arris Solutions, Inc., ARRIS Technology, Inc., Arris Enterprises LLC, ARRIS International Limited, and ARRIS Global Ltd. (**Dkt. No. 27.**) In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action without prejudice. However, the parties also seek two conditions, (1) "this dismissal shall not count against the two-dismissal limit under Federal Rule of Civil Procedure 41(a)(1)(B)" and (2) "this dismissal shall be not used against Plaintiff in any jury trial against Defendants." While the parties can stipulate between themselves for these conditions, this Court will not try to bind any court where this claim might be refiled. Therefore, the conditions are **DENIED** without prejudice.

The parties may refile the motion without the conditions, or make clear that the conditions are just a stipulation between the parties rather than an order of this Court.

**SIGNED this 13th day of March, 2024.**

ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE