# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | |
|---|---|
| COBBLESTONE WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>COMMSCOPE HOLDING COMPANY, INC., COMMSCOPE INC., ARRIS US HOLDINGS, INC., ARRIS SOLUTIONS, INC., ARRIS TECHNOLOGY, INC., ARRIS ENTERPRISES LLC, ARRIS INTERNATIONAL LIMITED, ARRIS GLOBAL LTD.,<br><br>*Defendants*. | Case No. 2:23-00455 |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff/Counterclaim-Defendant Cobblestone Wireless, LLC ("Cobblestone," "Plaintiff," or "Counterclaim-Defendant") and Defendants/Counterclaim-Plaintiffs CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., Arris Solutions, Inc., ARRIS Technology, Inc., Arris Enterprises LLC, ARRIS International Limited, and ARRIS Global Ltd. (collectively, "Commscope," "Defendants," or "Counterclaim-Plaintiffs") have filed a joint motion to dismiss without prejudice. The Court, having considered this request, is of the opinion that their request for dismissal without prejudice should be granted.

IT IS THEREFORE ORDERED that this action, including Plaintiff's claims for relief against Defendants and Defendant's counterclaims for relief against Plaintiff, are dismissed without prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.