**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| COBBLESTONE WIRELESS, LLC, | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 2:23-cv-00455-JRG-RSP |
| | § | |
| COMMSCOPE HOLDING COMPANY, | § | |
| INC. *et al*., | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Joint Motion to Dismiss (the "Motion") filed by Cobblestone Wireless, LLC ("Plaintiff") and CommScope Holding Company, Inc., CommScope Inc., ARRIS US Holdings, Inc., Arris Solutions, Inc., ARRIS Technology, Inc., Arris Enterprises LLC, ARRIS International Limited, and ARRIS Global Ltd. ("Defendants"). (Dkt. No. 27.) In the Motion, the parties represent that the above-captioned case has been resolved and request dismissal of the above-captioned action WITHOUT prejudice. (*Id*. at 1.)[1]

Regarding dismissal, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims and causes of action asserted between Plaintiff and Defendants in the above-captioned case are **DISMISSED WITHOUT PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys' fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.  The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

---

[1] The Court notes that the parties have stipulated between themselves for the two conditions previously denied without prejudice. *See* Dkt. No. 28; Dkt. No. 29 at 1.

**So ORDERED and SIGNED this 26th day of April, 2024.**

RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE